# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SARAH CREBASSA,

    Plaintiff,

vs.

LVMPD, *et al.*,

    Defendants.

Case No. 2:17-cv-02270-JCM-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion to Consolidate Cases (ECF No. 4), filed on September 28, 2017. Also before the Court is Plaintiff's Motion to Extend Time (ECF No. 6), filed on September 29, 2017.

Plaintiff's motion to extend time is unclear. She appears to request a continuance but does not refer to any deadlines or motions. Plaintiff filed an Application for Leave to Proceed in forma pauperis (ECF No. 1) on August 28, 2017. Following such an application, the Court will conduct a screening of Plaintiff's complaint pursuant to 28 U.S.C. § 1915. To date, the Court has not issued its screening order in this matter and will do so in due course. Therefore, Plaintiff's motion to consolidate is premature as litigation of this matter has not yet commenced. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Consolidate Cases (ECF No. 4) and Motion to Extend Time (ECF No. 6) are **denied**.

DATED this 25th day of October, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge