UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SARAH CREBASSA,<br><br>　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　　　　　Defendant(s). | Case No. 2:17-CV-2270 JCM (GWF)<br><br>ORDER |

Presently before the court is the case of *Crebassa v. LVMPD, et al.*, case number 2:17-cv-02270-JCM-GWF.

On February 28, 2018, Magistrate Judge Foley granted plaintiff's motion to amend complaint. (ECF No. 8). On May 7, 2018, Magistrate Judge Foley entered an order directing plaintiff to show cause no later than May 14, 2018 why this matter should not be dismissed for failure to file an amended complaint. (ECF No. 9). Plaintiff has not filed an amended complaint nor has she filed a motion with the court requesting an extension to do so. Accordingly, the court will dismiss this matter for failure to file an amended complaint.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Crebassa v. LVMPD, et al.*, case number 2:17-cv-02270-JCM-GWF, be, and the same hereby is, DISMISSED. The clerk of court is instructed to close the case.

DATED June 14, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**